```
Label Matrix for local noticing        U.S. Bankruptcy Court                  Chase
0752-1                                  Eastern Division                       Cardmember Service
Case 15-36124                           219 S Dearborn                         PO Box 15153
Northern District of Illinois           7th Floor                              Wilmington, DE 19886-5153
Chicago                                 Chicago, IL 60604-1702
Mon May 30 20:02:44 CDT 2016

Chase                                   Cheswold (Ophrys), LLC                 Citibank
PO Box 15153                            C O WEINSTEIN & RILEY, PS              PO Box 6500
Wilmington, DE 19886-5153               2001 WESTERN AVENUE, STE 400           Sioux Falls, SD 57117-6500
                                        SEATTLE, WA 98121-3132


GMAC                                    Ocwen Loan Servicing, LLC              (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 9001719                          c/o ALDRIDGE PITE, LLP                 PO BOX 41067
Louisville, KY 40290-1719               4375 Jutland Drive, Suite 200          NORFOLK VA 23541-1067
                                        P.O. Box 17933
                                        San Diego, CA 92177-7921


Daniel Mengistu                         David H Cutler                         Patrick S Layng
923 Ridge Court                         Cutler & Associates, Ltd.              Office of the U.S. Trustee, Region 11
Evanston, IL 60202-1676                 4131 Main St.                          219 S Dearborn St
                                        Skokie, IL 60076-2780                  Room 873
                                                                               Chicago, IL 60604-2027


Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
Successor to
CHASE BANK USA, NATIONAL ASSOCIATION
(CHASE BANK USA, N.A.)
POB 41067
Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMORGAN CHASE BANK, N.A.            (u)Ocwen Loan Servicing, LLC           End of Label Matrix
                                                                               Mailable recipients    12
                                                                               Bypassed recipients     2
                                                                               Total                  14
```